UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   MATTHEW THOMAS DAVIS                     CASE NO. 09-81362
   KRISTIE DALTON DAVIS                      JUDGE CATHARINE R. CARRUTHERS
   2774 LUCY GARRETT ROAD
   TIMBERLAKE, NC 27583

      DEBTORS

SSN(1) XXX-XX-6994      SSN(2) XXX-XX-4496         DATE: 05/03/2010

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICAN GENERAL FINANCE<br>600 N ROYAL AVE<br>P O BOX 3251<br>EVANSVILLE, IN 47731-3251 | $1,423.42<br>INT: .00%<br>NAME ID: 80333<br>CLAIM #: 0012 | UNSECURED<br><br>ACCT: 0911<br>COMMENT: 104217105291 |
| APPLIED CARD BANK APPLIED CARD BANK<br>P O BOX 17125<br>WILMINGTON, DE 19850 | $800.93<br>INT: .00%<br>NAME ID: 93841<br>CLAIM #: 0013 | UNSECURED<br><br>ACCT: 7579<br>COMMENT: CREDIT CARD CHRGS |
| BANK OF AMERICA<br>401 MINNETONKA RD<br>HI NELLA, NJ 08083 | $0.00<br>INT: .00%<br>NAME ID: 90895<br>CLAIM #: 0015 | UNSECURED<br>NOT FILED<br>ACCT: 6211<br>COMMENT: |
| BRANCH BANKING TRUST COMPANY<br>BANKRUPTCY SECTION/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<br>P O BOX 1847<br>WILSON, NC 27894-1847 | $373.98<br>INT: .00%<br>NAME ID: 17360<br>CLAIM #: 0017 | UNSECURED<br><br>ACCT: 2339<br>COMMENT: |
| CAPITAL ONE BANK<br>% TSYS DEBT MANAGEMENT<br>P O BOX 5155<br>NORCROSS, GA 30091 | $2,421.06<br>INT: .00%<br>NAME ID: 87461<br>CLAIM #: 0018 | UNSECURED<br><br>ACCT: 6358<br>COMMENT: MONEY LOANED |
| CENTRA HEALTH<br>P O BOX 2496<br>LYNCHBURG, VA 24505-0496 | $0.00<br>INT: .00%<br>NAME ID: 100361<br>CLAIM #: 0019 | UNSECURED<br>NOT FILED<br>ACCT: 1045<br>COMMENT: |
| CENTRAL VA COMMUNITY SERVICES<br>2215 LONGHORNE RD STE 104<br>LYNCHBURG, VA 24501 | $0.00<br>INT: .00%<br>NAME ID: 92104<br>CLAIM #: 0020 | UNSECURED<br>NOT FILED<br>ACCT: 0721<br>COMMENT: |
| CHARTER COMMUNICATIONS<br>% CREDIT PROTECTION ASSOC<br>133355 NOEL RD STE 2100<br>DALLAS, TX 75244 | $0.00<br>INT: .00%<br>NAME ID: 101862<br>CLAIM #: 0021 | UNSECURED<br>NOT FILED<br>ACCT: 8822<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| CHEXSYSTEMS<br>7805 HUDSON ROAD #100<br>WOODBURY, MN  55125-1595 | $0.00<br>INT:  .00%<br>NAME ID: 40869<br>CLAIM #:  0039 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITIFINANCIAL AUTO<br>P O BOX 9579<br>COPPELL, TX  75019-9579 | $0.00<br>INT:  .00%<br>NAME ID: 93509<br>CLAIM #:  0046 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITIFINANCIAL AUTO CORPORATION<br>ATTN PAYMENT PROCESSING<br>P O BOX 182287<br>COLUMBUS, OH  43218-2287 | $12,443.92<br>INT:  5.25%<br>NAME ID: 100468<br>CLAIM #:  0001 | | VEHICLE<br><br>ACCT:  5601<br>COMMENT:  04 DODGE RAM |
| CREDIT BUREAU<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 88644<br>CLAIM #:  0040 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT BUREAU OF GREENSBORO<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 74682<br>CLAIM #:  0023 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DANVILLE REGIONAL MEDICAL CNTR<br>% URW CREDIT UNION<br>539 ARNETT BLVD<br>DANVILLE, VA  24540 | $1,699.07<br>INT:  .00%<br>NAME ID: 101156<br>CLAIM #:  0024 | | UNSECURED<br><br>ACCT:  0011<br>COMMENT:  MONEY LOANED |
| DANVILLE WOMENS CARE<br>P O BOX 260<br>DANVILLE, VA  24543 | $0.00<br>INT:  .00%<br>NAME ID: 112053<br>CLAIM #:  0025 | | UNSECURED<br>NOT FILED<br>ACCT:  0-00<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>ATTN BENEFIT PAYMENT CONTROL<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT:  .00%<br>NAME ID: 110020<br>CLAIM #:  0026 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EQUIFAX<br>P O BOX 740241<br>ATLANTA, GA  30374 | $0.00<br>INT:  .00%<br>NAME ID: 56252<br>CLAIM #:  0041 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P O BOX 2002<br>ALLEN, TX  75013-2002 | $0.00<br>INT:  .00%<br>NAME ID: 97360<br>CLAIM #:  0042 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST NATIONAL COLLECTION<br>610 WALTAM WAY<br>SPARKS, NV  89434 | $0.00<br>INT:  .00%<br>NAME ID: 94332<br>CLAIM #:  0014 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:APPLIED CARD |
| GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE  STE 1120<br>MIAMI, FL  33131-1605 | $0.00<br>INT:  .00%<br>NAME ID: 105162<br>CLAIM #:  0052 | | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:BELK |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GMAC MORTGAGE LLC<br>ATTN-MAIL CODE 507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | $53,000.00<br>INT: 5.25%<br>NAME ID: 90793<br>CLAIM #: 0002 | SECURED<br><br>ACCT: 5021<br>COMMENT: 1ST DEED/TRUST (RNT) |
| GMAC MORTGAGE LLC<br>ATTN-MAIL CODE 507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | $0.00<br>INT: .00%<br>NAME ID: 90793<br>CLAIM #: 0050 | ARREARS-MORTGAGES/MOBILE HOMES<br>AMENDED<br>ACCT: 5021<br>COMMENT: ARRS/1ST DT/PAY IN CLAIM #2 |
| GMAC MORTGAGE LLC<br>1100 VIRGINIA DRIVE<br>FORT WASHINGTON, PA 19034 | $0.00<br>INT: .00%<br>NAME ID: 85682<br>CLAIM #: 0051 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GMAC MORTGAGE LLC<br>ATTN-MAIL CODE 507-345-110<br>3451 HAMMOND AVE<br>WATERLOO, IA 50702 | $45,838.14<br>INT: .00%<br>NAME ID: 90793<br>CLAIM #: 10002 | UNSECURED<br><br>ACCT: 5021<br>COMMENT: Split Claim 1ST DEED/TRUST (RNT) |
| HSBC BANK<br>P O BOX 97280<br>PORTLAND, OR 97280 | $0.00<br>INT: .00%<br>NAME ID: 92445<br>CLAIM #: 0028 | UNSECURED<br>NOT FILED<br>ACCT: 5918<br>COMMENT: |
| INNOVIS DATA SOLUTIONS<br>P O BOX 1534<br>COLUMBUS, OH 43216-1534 | $0.00<br>INT: .00%<br>NAME ID: 101611<br>CLAIM #: 0043 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>P O BOX 21126<br>PHILADELPHIA, PA 19114 | $0.00<br>INT: .00%<br>NAME ID: 399<br>CLAIM #: 0008 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| JAMES H PRIEST DDS LTD<br>% PIEDMONT CREDIT & COLLECTION<br>P O BOX 1596<br>DANVILLE, VA 24543 | $265.74<br>INT: .00%<br>NAME ID: 99977<br>CLAIM #: 0029 | UNSECURED<br><br>ACCT: 5890<br>COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 953185<br>ST LOUIS, MO 63195 | $1,224.91<br>INT: .00%<br>NAME ID: 188679<br>CLAIM #: 0016 | UNSECURED<br><br>ACCT: 3709<br>COMMENT: BARCLAYS BANK(DE) |
| JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 7999<br>SAINT CLOUD, MN 56302-9617 | $0.00<br>INT: .00%<br>NAME ID: 66364<br>CLAIM #: 0048 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LAURIN COMPTON<br>2502 BUCKHORSE TRAIL<br>NATHALIE, VA 24577 | $0.00<br>INT: .00%<br>NAME ID: 98992<br>CLAIM #: 0006 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| LCA COLLECTIONS<br>P O BOX 2240<br>BURLINGTON, NC 27216-2240 | $0.00<br>INT: .00%<br>NAME ID: 77368<br>CLAIM #: 0031 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MATTHEW T MCKEE<br>KELLAM & PETTIT PA<br>2701 COLTSGATE ROAD STE 300<br>CHARLOTTE, NC 28211 | $0.00<br>INT: .00%<br>NAME ID: 96869<br>CLAIM #: 0049 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:GMAC MORTG LLC |
| MIDLAND CRED<br>8875 AERO DR<br>SAN DIEGO, CA 92123 | $0.00<br>INT: .00%<br>NAME ID: 104350<br>CLAIM #: 0032 | UNSECURED<br>NOT FILED<br>ACCT: 8932<br>COMMENT: |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>P O BOX 900006<br>RALEIGH, NC 27675-9006 | $0.00<br>INT: .00%<br>NAME ID: 56795<br>CLAIM #: 0007 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NC DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT/OFFC SERV DIV<br>P O BOX 1168<br>RALEIGH, NC 27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 402<br>CLAIM #: 0009 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NC DEPARTMENT OF REVENUE<br>% NC DEPARTMENT OF JUSTICE<br>P O BOX 629<br>RALEIGH, NC 27602-0629 | $0.00<br>INT: .00%<br>NAME ID: 55149<br>CLAIM #: 0010 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:NC DEPT OF REV |
| NC DEPARTMENT OF REVENUE<br>% REGINALD S HINTON<br>P O BOX 25000<br>RALEIGH, NC 27640-5000 | $0.00<br>INT: .00%<br>NAME ID: 32688<br>CLAIM #: 0011 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:NC DEPT OF REV |
| NC EMPLOYMENT SECURITY COMM<br>P O BOX 26504<br>RALEIGH, NC 27611 | $0.00<br>INT: .00%<br>NAME ID: 43282<br>CLAIM #: 0044 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NORTH STAR CAPTAL ACQUISITIONS<br>% JEFFERSON CAPITAL SYSTMS LLC<br>P O BOX 23051<br>COLUMBUS, GA 31902-3051 | $608.11<br>INT: .00%<br>NAME ID: 114489<br>CLAIM #: 0038 | UNSECURED<br><br>ACCT: 0015<br>COMMENT: IMAGINE MASTERCARD |
| PERSON COUNTY REGISTER OF DEED<br>21 ABBITT STREET<br>P O BOX 209<br>ROXBORO, NC 27573 | $14.00<br>INT: .00%<br>NAME ID: 560<br>CLAIM #: 0053 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| PERSON COUNTY TAX COLLECTOR<br>P O BOX 1701<br>ROXBORO, NC 27573 | $0.00<br>INT: .00%<br>NAME ID: 1888<br>CLAIM #: 0003 | SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: REAL PROP TAX |
| PERSON MEMORIAL HOSPITAL<br>615 RIDGE ROAD<br>ROXBORO, NC 27573 | $112.40<br>INT: .00%<br>NAME ID: 99351<br>CLAIM #: 0033 | UNSECURED<br><br>ACCT: 6994<br>COMMENT: SERV PERFMED |
| PIEDMONT CREDIT BUREAU<br>P O BOX 1596<br>DANVILLE, VA 24543 | $0.00<br>INT: .00%<br>NAME ID: 29986<br>CLAIM #: 0030 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:JAMES PRIEST DDS |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PIEDMONT ELECTRIC<br>% CREDIT FINANCIAL SERVICES<br>100 W MORGAN ST<br>DURHAM, NC 27701 | $0.00<br>INT: .00%<br>NAME ID: 94694<br>CLAIM #: 0034 | UNSECURED<br>NOT FILED<br>ACCT: 7743<br>COMMENT: |
| PINNACLE CREDIT SERVICES<br>7900 HWY 7 #100<br>MINNEAPOLIS, MN 55426 | $0.00<br>INT: .00%<br>NAME ID: 98378<br>CLAIM #: 0035 | UNSECURED<br>NOT FILED<br>ACCT: 8420<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOCIATES<br>% PRA RECEIVABLES MNGMNT LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $5,767.23<br>INT: .00%<br>NAME ID: 97746<br>CLAIM #: 0022 | UNSECURED<br><br>ACCT: 5014<br>COMMENT: CHASE CREDIT CARD |
| PRA RECEIVABLES MANAGEMENT LLC<br>PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 41067<br>NORFOLK, VA 23541 | $0.00<br>INT: .00%<br>NAME ID: 66284<br>CLAIM #: 0055 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| PREMIER BANKCARD/CHARTER<br>P O BOX 2208<br>VACAVILLE, CA 95696 | $576.00<br>INT: .00%<br>NAME ID: 82616<br>CLAIM #: 0027 | UNSECURED<br><br>ACCT: 0676<br>COMMENT: |
| RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY 11791 | $1,246.00<br>INT: .00%<br>NAME ID: 33710<br>CLAIM #: 0036 | UNSECURED<br><br>ACCT: 7384<br>COMMENT: WACHOVIA OVERDRAFT |
| ROUNDUP FUNDING LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA 98111-9221 | $8,229.09<br>INT: .00%<br>NAME ID: 65743<br>CLAIM #: 0054 | UNSECURED<br><br>ACCT: 4062<br>COMMENT: FIRST USA BANK NA |
| SCHEWELS | $0.00<br>INT: .00%<br>NAME ID: 56818<br>CLAIM #: 0056 | SECURED<br>PAID OUTSIDE<br>ACCT:<br>COMMENT: CONSUMER GOODS/PAY DIRECT |
| TRANS UNION CORPORATION<br>P O BOX 2000<br>CRUM LYNNE, PA 19022-2002 | $0.00<br>INT: .00%<br>NAME ID: 111696<br>CLAIM #: 0045 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON WIRELESS SOUTH/BNKRUPT<br>P O BOX 3397<br>BLOOMINGTON, IL 61702 | $886.66<br>INT: .00%<br>NAME ID: 90892<br>CLAIM #: 0037 | UNSECURED<br><br>ACCT: 5970<br>COMMENT: SERVICES PERFORMED |
| VIRGINIA CHILD SUPPORT AGENCY<br>P O BOX 570<br>RICHMOND, VA 23204-0570 | $0.00<br>INT: .00%<br>NAME ID: 55553<br>CLAIM #: 0005 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WELLS FARGO BANK<br>WELLS FARGO AUTO FINANCE<br>ATTN MAC F6582-034<br>P O BOX 500<br>CHESTER, PA 19013 | $13,495.07<br>INT: 5.25%<br>NAME ID: 108458<br>CLAIM #: 0004 | VEHICLE<br><br>ACCT: 6555<br>COMMENT: 06 HYUNDAI ELANTRA |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK NA<br>13675 TECHNOLOGY DR BLDG C<br>2ND FLOOR<br>EDEN PRAIRIE, MN  55344-2252 | $0.00<br>INT:  .00%<br>NAME ID: 87944<br>CLAIM #:  0047 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$150,425.73** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $2,800.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC  27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/03/2010                                           OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Lindsay West
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc: Debtors
    Attorney for Debtors